IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHONNISA J. SMITH, for<br>Z.M.T., a minor,<br><br>     Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)  1:19CV578<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On February 24, 2021, the United States Magistrate Judge's Recommendation was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections, (ECF No. 18), within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation, (ECF No.16), which is affirmed and adopted.

IT IS THEREFORE ORDERED that the Commissioner's decision is affirmed, that Plaintiff's Motion for Judgment on the Pleadings, (ECF No. 12), is DENIED, that the Commissioner's Motion for Judgment on the Pleadings, (ECF No. 14), is GRANTED, and that this action is DISMISSED WITH PREJUDICE.

This, the 23rd day of March 2021.

               /s/ Loretta C. Biggs
               United States District Judge